UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                    CASE NO. 24-30576-KKS
                                                          CHAPTER 13
JIMMY JOE LEONARD BADE
JESSICA RENAE BADE

        Debtors     /

CHAPTER 13 TRUSTEE'S
WITHDRAWAL OF *MOTION TO DISMISS*
(ECF NO. 27)

**COMES NOW,** LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby withdraws her *Motion to Dismiss* (ECF No. 27) as being moot.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

JIMMY JOE LEONARD BADE
2558 RM WARD RD
WESTVILLE, FL 32464

JESSICA RENAE BADE
2558 RM WARD RD
WESTVILLE, FL 32464

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

11/19/2024

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE